UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
    -v.-
:     INDICTMENT
OSCAR ANTONIO RUBIO GARCIA,
:     11 Cr. 152
              Defendant.
:
- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

    The Grand Jury charges:

    From at least in or about 2004, in the Southern District of New York and elsewhere, OSCAR ANTONIO RUBIO GARCIA, the defendant, being an alien, after having been removed from the United States on or about September 26, 2003, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 5, 1999, in New Jersey Superior Court for aggravated criminal sexual contact in the third degree,


USDC SDNY
DOCUM
ELECT        LED
DOC #
DATE F    FEB 17 2011

in violation of New Jersey Statutes Section 2C:14-3(a).

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

OSCAR ANTONIO RUBIO GARCIA,

Defendant.

---

**INDICTMENT**

11 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

---

2/17/11
MB

Indictment Filed. Case assigned to Judge Scheindlin for all purposes...
Ellis, OSMT